# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00491-CV

**Frederick Barcase, Appellant**

**v.**

**Iriaquez Ironworks, LLC a/k/a Lakeway Ironworks, LLC, Appellee**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 24-0068-C395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Frederick Barcase has filed a motion to dismiss his appeal without prejudice and requests that this Court reimburse him for the cost of the filing fee. *See* Tex. R. App. P. 42.1(a)(1). We deny his request for reimbursement but otherwise grant the motion and dismiss the appeal without prejudice. *See id*.

_____

Rosa Lopez Theofanis, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellant's Motion

Filed: August 29, 2024